AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | |
| v. | | Civil Action No. |
| *Defendant(s)* | | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, AND<br>ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOLLIS NOVEL COMPREHENSIVE MEDICAL, P.C.,<br>STARRETT CITY MEDICAL, P.C.,<br>HILLCREST MEDICAL CARE, P.C.,<br>SMART CHOICE MEDICAL, P.C.,<br>AZU AJUDUA, M.D.,<br>ROLANDO JOSE MENDEZ CHUMACEIRO, M.D.,<br>PETER KHAIM a/k/a PETER KHAIMOV,<br>ALEKSANDR GULKAROV,<br>ROMAN ISRAILOV,<br>VYACHESLAV MUSHYAKOV,<br>ARKADIY KHAIMOV,<br>RX FOR YOU CORP.,<br>SUTTER PHARMACY INC. d/b/a RX FOR YOU,<br>EXCELLENT CHOICE PHARMACY CORP.,<br>A&P HOLDING GROUP CORP.,<br>ANTURIO MARKETING INC.,<br>P&K MARKETING SERVICES INC.,<br>K&L CONSULTANTS INC.,<br>LL CONSULTING GROUP INC. d/b/a BILLING FOR YOU,<br>KEEPERS FOR YOU CORP., AND<br>ALL NETWORK MARKETING CORP.,<br><br>    Defendants. | C.A. No. |

## **RIDER TO SUMMONS**

1. Hollis Novel Comprehensive Medical PC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

2. Starrett City Medical PC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

3. Hillcrest Medical Care PC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

4. Smart Choice Medical PC
   c/o New York Department of State
   1 Commerce Plaza
   99 Washington Avenue
   Albany, NY 12231

5. Azu Ajudua MD
   954 Seaview Dr
   Oyster Bay, NY 11771

6. Rolando Jose Mendez Chumaceiro, MD
   1088 N Broadway FL 2nd
   Yonkers, NY 10701

7. Peter Khaim a/k/a Peter Khaimov
   7130 Yellowstone Blvd Apt D
   Forest Hills, NY 11357

8. Aleksandr Gulkarov
   6560 Booth St Apt 4D
   Rego Park, NY 11374

9. Roman Israilov
   987 E. End
   Woodmere, New York 11598

10. Vyacheslav Mushyakov
    8504 63rd Apt 5J
    Rego Park, NY 11347

11. Arkaidy Khaimov
    11238 72nd Avenue
    Forest Hills, NY 11357

12. RX for You Corp
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

13. Sutter Pharmacy Inc d/b/a RX for You
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

14. Excellent Choice Pharmacy Corp
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

15. A&P Holding Group Corp
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

16. Anturio Marketing Inc
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

17. P&K Marketing Services Inc
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

18. K&L Consultants Inc
    c/o New York Department of State
    1 Commerce Plaza

      99 Washington Avenue
      Albany, NY 12231

19. LL Consulting Group Inc d/b/a Billing for You
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

20. Keepers for You Corp
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231

21. All Network Marketing Corp
    c/o New York Department of State
    1 Commerce Plaza
    99 Washington Avenue
    Albany, NY 12231