# SCHWARTZ, CONROY & HACK, PC
**Making Insurance Companies Keep Their Promises**

Matthew J. Conroy, Partner / MJC@schlawpc.com

April 15, 2021

**VIA ECF**
Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  Allstate Ins. Co. et al v. Hollis Novel Comprehensive Medical, P.C., et al.
          Civil Case No.: 1:20-cv-06108 (RRM)(RER)

Dear Judge Vitaliano:

    This office represents Defendants, Hollis Novel Comprehensive Medical, P.C., Starrett City Medical, P.C., Hillcrest Medical Care, P.C., Smart Choice Medical, P.C., Azu Ajudua, M.D., Rolando Jose Mendez Chumaceiro, M.D., Aleksandr Gulkarov, Roman Israilov, Vyacheslav Mushyakov, Rx For You Corp., Sutter Pharmacy Inc. d/b/a Rx For You, Excellent Choice Pharmacy Corp., A&P Holding Group Corp., Anturio Marketing Inc., P&K Marketing Services Inc., K&L Consultants Inc., LL Consulting Group Inc. d/b/a Billing For You, Keepers For You Corp., and All Network Marketing Corp. ("Answering Defendants") in the above referenced action.

    The above parties are seeking a fourth extension of time to answer the complaint. This request has been consented to by the Plaintiffs' counsel. The parties are continuing settlement negotiations and hope to have the matter settled soon. The Plaintiff's counsel agreed to extend Defendants' time to answer to May 14, 2021. We attach a Stipulation in that regard.

    This extension does not affect any scheduled dates.

    Thank you.

                                         Very truly yours,
                                         SCHWARTZ, CONROY & HACK, PC

                            By:    *Matthew J. Conroy*
                                      Matthew J. Conroy

MJC/css
cc : All Counsel via ECF

www.schlawpc.com
666 Old Country Rd., Suite 900, Garden City, New York 11530
Tel: 1.800.745.1755 | Fax: 516.745.0844