UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> HOLLIS NOVEL COMPREHENSIVE MEDICAL, P.C., *et al.,* <br><br> *Defendants,* | Index No. 20-cv-06108 <br><br> **NOTICE OF APPEARANCE** |

Please take notice Defendants Peter Khaim and Arkadiy Khaimov appear in this action by the undersigned attorney and request the Clerk to note this appearance in this case and to serve all notices and other papers in this action at 129 Livingston St., 2nd Fl, Brooklyn, New York 11201.

Dated:  Brooklyn, NY

May 18, 2021                                                          By: Nicholas Bowers, Esq.

                                                                                         /s/

                                                                 Gary Tsirelman, P.C.
                                                                 *Attorneys for Defendants*
                                                                 *Named Herein*
                                                                 129 Livingston Street
                                                                 2nd and 3rd Floors
                                                                 Brooklyn, NY  11201
                                                                 (718) 438-1200