

**MICHAEL W. WHITCHER**
*ADMITTED IN MASSACHUSETTS, MICHIGAN,*
*AND NEW YORK*
MWHITCHER@SMITHBRINK.COM

**SMITH & BRINK, P.C.**
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
WWW.SMITHBRINK.COM

**MASSACHUSETTS**
350 GRANITE STREET
SUITE 2204
BRAINTREE, MA  02184
TEL: (617) 770-2214
FAX: (617) 774-1714

August 30, 2021

**VIA ECF FILING**
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

RE:   *Allstate Ins. Co., et al. v Hollis Novel Comprehensive Medical, P.C., et al.*
       No. 1:20-cv-06108-ENV-RER (E.D.N.Y.)

Dear Judge Reyes:

My firm represents Plaintiffs Allstate Insurance Company and its affiliates ("Allstate") in the above-referenced matter.  Allstate respectfully requests an extension of time until September 10, 2021 to file a stipulation of dismissal.  The present filing deadline is August 30, 2021, which was set by this Court's order dated August 16, 2021.

An extension until September 10, 2021 is needed because the Defendants require additional time to fully execute the settlement agreement.  The Defendants consent to this request.  This is the parties' second request to extend the stipulation of dismissal deadline.  The parties' first request was filed on August 13, 2021 (ECF No. 49) and granted on August 16, 2021.

Respectfully submitted,

*/s/ Michael W. Whitcher*

Michael W. Whitcher (MW7455)

cc:  Counsel of record (via ECF only)